| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| NEXUS BANKRUPTCY<br>Benjamin Heston (297798)<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Tel: 949-312-1377<br>Fax: 949-288-2054<br>ben@nexusbk.com | |

☐ Debtor(s) appearing without an attorney
☑ Attorney for Debtor(s)

## United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re:
Michael Zeledon

CASE NO.:
CHAPTER: 7

**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**

[11 U.S.C. § 521(a)(1)(B)(iv)]

Debtor(s).

[No hearing required]

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

### Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 06/15/2023    Michael Zeledon
                    Printed name of Debtor 1    Signature of Debtor 1

### Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                     Printed name of Debtor 2    Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                        F 1002-1.EMP.INCOME.DEC

| Client ID: | 0210BRMW - AVO Builders Inc | | CHECK HISTORY DETAIL (0210BRMW) | Report Date Range: By Pay Date |
|---|---|---|---|---|
| Pay Group: | Bi-Weekly | | AVO Builders Inc | 2/1/2023  -  10/10/2023 |
| | | | DBA: AVO Builders Inc | |

| | Regular Check | | | Regular | 80.00 | 2,580.00 | | SOC SEC EE | 159.96 | MED EE | 37.41 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay Date: | 5/19/2023 | Gross Pay: | 2,580.00 | | | | | FEDERAL WH | 201.52 | CALIFORNIA WH | 108.54 | | |
| Period End: | 5/15/2023 | Net Pay: | 2,049.35 | | | | | CALIFORNIA SDI EE | 23.22 | | | | |
| Voucher#: | V98854490 | Check Amt: | 0.00 | | | | | | | | | | |
| Run #: | 61 | Direct Dep: | 2,049.35 | **Total Hours: 80.00** | | **Total Earnings: 2,580.00** | | **Total Taxes: 530.65** | | | | **Total Deductions: 0.00** | |
| | **Manual Check** | | | Regular | 80.00 | 2,580.00 | | SOC SEC EE | 159.96 | MED EE | 37.41 | | |
| Pay Date: | 6/2/2023 | Gross Pay: | 2,580.00 | | | | | FEDERAL WH | 201.52 | CALIFORNIA WH | 108.54 | | |
| Period End: | 5/29/2023 | Net Pay: | 2,049.35 | | | | | CALIFORNIA SDI EE | 23.22 | | | | |
| Check#: | | Check Amt: | 2,049.35 | | | | | | | | | | |
| Run #: | 62 | Direct Dep: | 0.00 | **Total Hours: 80.00** | | **Total Earnings: 2,580.00** | | **Total Taxes: 530.65** | | | | **Total Deductions: 0.00** | |
| | **Regular Check** | | | Regular | 80.00 | 2,580.00 | | SOC SEC EE | 159.96 | MED EE | 37.41 | | |
| Pay Date: | 6/16/2023 | Gross Pay: | 2,580.00 | | | | | FEDERAL WH | 201.52 | CALIFORNIA WH | 108.54 | | |
| Period End: | 6/12/2023 | Net Pay: | 2,049.35 | | | | | CALIFORNIA SDI EE | 23.22 | | | | |
| Voucher#: | V100130215 | Check Amt: | 0.00 | | | | | | | | | | |
| Run #: | 63 | Direct Dep: | 2,049.35 | **Total Hours: 80.00** | | **Total Earnings: 2,580.00** | | **Total Taxes: 530.65** | | | | **Total Deductions: 0.00** | |
| | **Regular Check** | | | Regular | 80.00 | 2,580.00 | | SOC SEC EE | 159.96 | MED EE | 37.41 | | |
| Pay Date: | 6/30/2023 | Gross Pay: | 2,580.00 | | | | | FEDERAL WH | 201.52 | CALIFORNIA WH | 108.54 | | |
| Period End: | 6/26/2023 | Net Pay: | 2,049.35 | | | | | CALIFORNIA SDI EE | 23.22 | | | | |
| Voucher#: | V100821603 | Check Amt: | 0.00 | | | | | | | | | | |
| Run #: | 64 | Direct Dep: | 2,049.35 | **Total Hours: 80.00** | | **Total Earnings: 2,580.00** | | **Total Taxes: 530.65** | | | | **Total Deductions: 0.00** | |
| | **Regular Check** | | | Regular | 80.00 | 2,580.00 | | SOC SEC EE | 159.96 | MED EE | 37.41 | | |
| Pay Date: | 7/14/2023 | Gross Pay: | 2,580.00 | | | | | FEDERAL WH | 201.52 | CALIFORNIA WH | 108.54 | | |
| Period End: | 7/10/2023 | Net Pay: | 2,049.35 | | | | | CALIFORNIA SDI EE | 23.22 | | | | |
| Voucher#: | V101303177 | Check Amt: | 0.00 | | | | | | | | | | |
| Run #: | 65 | Direct Dep: | 2,049.35 | **Total Hours: 80.00** | | **Total Earnings: 2,580.00** | | **Total Taxes: 530.65** | | | | **Total Deductions: 0.00** | |
| | **Regular Check** | | | Regular | 40.00 | 1,290.00 | | SOC SEC EE | 79.98 | MED EE | 18.71 | | |
| Pay Date: | 7/28/2023 | Gross Pay: | 1,290.00 | | | | | FEDERAL WH | 49.00 | CALIFORNIA WH | 23.43 | | |
| Period End: | 7/24/2023 | Net Pay: | 1,107.27 | | | | | CALIFORNIA SDI EE | 11.61 | | | | |
| Voucher#: | V101981994 | Check Amt: | 0.00 | | | | | | | | | | |
| Run #: | 66 | Direct Dep: | 1,107.27 | **Total Hours: 40.00** | | **Total Earnings: 1,290.00** | | **Total Taxes: 182.73** | | | | **Total Deductions: 0.00** | |
| | **Void Check** | | | Regular | -40.00 | -1,290.00 | | SOC SEC EE | -79.98 | MED EE | -18.71 | | |
| Pay Date: | 8/11/2023 | Gross Pay: | -1,290.00 | | | | | FEDERAL WH | -49.00 | CALIFORNIA WH | -23.43 | | |
| Period End: | 8/7/2023 | Net Pay: | -1,107.27 | | | | | CALIFORNIA SDI EE | -11.61 | | | | |
| Voucher#: | V101981994 | Check Amt: | 0.00 | | | | | | | | | | |
| Run #: | 67 | Direct Dep: | 0.00 | **Total Hours: -40.00** | | **Total Earnings: -1,290.00** | | **Total Taxes: -182.73** | | | | **Total Deductions: 0.00** | |
| | **Manual Check** | | | Regular | 80.00 | 2,580.00 | | SOC SEC EE | 159.96 | MED EE | 37.41 | Advance | 1,107.27 |
| Pay Date: | 8/11/2023 | Gross Pay: | 2,580.00 | | | | | FEDERAL WH | 201.52 | CALIFORNIA WH | 108.54 | | |
| Period End: | 8/7/2023 | Net Pay: | 942.08 | | | | | CALIFORNIA SDI EE | 23.22 | | | | |
| Check#: | | Check Amt: | 942.08 | | | | | | | | | | |
| Run #: | 67 | Direct Dep: | 0.00 | **Total Hours: 80.00** | | **Total Earnings: 2,580.00** | | **Total Taxes: 530.65** | | | | **Total Deductions: 1,107.27** | |

| Client ID: | 0210BRMW - AVO Builders Inc | | | CHECK HISTORY DETAIL (0210BRMW) AVO Builders Inc DBA: AVO Builders Inc | | | | | | | Report Date Range: By Pay Date 2/1/2023 - 10/10/2023 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay Group: | Bi-Weekly | | | | | | | | | | | |

| | Regular Check | | | Regular | 80.00 | 2,580.00 | | SOC SEC EE | 159.96 | MED EE | 37.41 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay Date: | 8/11/2023 | Gross Pay: | 2,580.00 | | | | | FEDERAL WH | 201.52 | CALIFORNIA WH | 108.54 | | |
| Period End: | 8/7/2023 | Net Pay: | 2,049.35 | | | | | CALIFORNIA SDI EE | 23.22 | | | | |
| Voucher#: | V102502653 | Check Amt: | 0.00 | | | | | | | | | | |
| Run #: | 67 | Direct Dep: | 2,049.35 | | | | | | | | | | |
| | | | | **Total Hours: 80.00** | | **Total Earnings: 2,580.00** | | **Total Taxes: 530.65** | | | | **Total Deductions: 0.00** | |
| | Regular Check | | | Regular | 80.00 | 2,580.00 | | SOC SEC EE | 159.96 | MED EE | 37.41 | | |
| Pay Date: | 8/25/2023 | Gross Pay: | 2,580.00 | | | | | FEDERAL WH | 201.52 | CALIFORNIA WH | 108.54 | | |
| Period End: | 8/21/2023 | Net Pay: | 2,049.35 | | | | | CALIFORNIA SDI EE | 23.22 | | | | |
| Voucher#: | V103122443 | Check Amt: | 0.00 | | | | | | | | | | |
| Run #: | 68 | Direct Dep: | 2,049.35 | | | | | | | | | | |
| | | | | **Total Hours: 80.00** | | **Total Earnings: 2,580.00** | | **Total Taxes: 530.65** | | | | **Total Deductions: 0.00** | |
| | Regular Check | | | Regular | 80.00 | 2,580.00 | | SOC SEC EE | 159.96 | MED EE | 37.41 | | |
| Pay Date: | 9/8/2023 | Gross Pay: | 2,580.00 | | | | | FEDERAL WH | 201.52 | CALIFORNIA WH | 108.54 | | |
| Period End: | 9/4/2023 | Net Pay: | 2,049.35 | | | | | CALIFORNIA SDI EE | 23.22 | | | | |
| Voucher#: | V103733216 | Check Amt: | 0.00 | | | | | | | | | | |
| Run #: | 69 | Direct Dep: | 2,049.35 | | | | | | | | | | |
| | | | | **Total Hours: 80.00** | | **Total Earnings: 2,580.00** | | **Total Taxes: 530.65** | | | | **Total Deductions: 0.00** | |
| | Regular Check | | | Regular | 80.00 | 2,580.00 | | SOC SEC EE | 159.96 | MED EE | 37.41 | | |
| Pay Date: | 9/22/2023 | Gross Pay: | 2,580.00 | | | | | FEDERAL WH | 201.52 | CALIFORNIA WH | 108.54 | | |
| Period End: | 9/18/2023 | Net Pay: | 2,049.35 | | | | | CALIFORNIA SDI EE | 23.22 | | | | |
| Voucher#: | V103831225 | Check Amt: | 0.00 | | | | | | | | | | |
| Run #: | 70 | Direct Dep: | 2,049.35 | | | | | | | | | | |
| | | | | **Total Hours: 80.00** | | **Total Earnings: 2,580.00** | | **Total Taxes: 530.65** | | | | **Total Deductions: 0.00** | |
| | Regular Check | | | Regular | 80.00 | 2,580.00 | | SOC SEC EE | 159.96 | MED EE | 37.41 | | |
| Pay Date: | 10/6/2023 | Gross Pay: | 2,580.00 | | | | | FEDERAL WH | 201.52 | CALIFORNIA WH | 108.54 | | |
| Period End: | 10/2/2023 | Net Pay: | 2,049.35 | | | | | CALIFORNIA SDI EE | 23.22 | | | | |
| Voucher#: | V104406891 | Check Amt: | 0.00 | | | | | | | | | | |
| Run #: | 71 | Direct Dep: | 2,049.35 | | | | | | | | | | |
| | | | | **Total Hours: 80.00** | | **Total Earnings: 2,580.00** | | **Total Taxes: 530.65** | | | | **Total Deductions: 0.00** | |
| | **EMPLOYEE TOTAL:** | | | Regular | 1,440.00 | 46,440.00 | | SOC SEC EE | 2,879.28 | MED EE | 673.38 | Advance | 1,107.27 |
| | 2/1/2023 - 10/10/2023 | | | | | | | CALIFORNIA WH | 1,953.72 | FEDERAL WH | 3,649.17 | | |
| | | | | | | | | CALIFORNIA SDI EE | 417.96 | | | | |
| Gross Pay: | 46,440.00 | Net Pay: | 35,759.22 | | | | | | | | | | |
| | | | | **Total Hours: 1,440.00** | | **Total Earnings: 46,440.00** | | **Total Taxes: 9,573.51** | | | | **Total Deductions: 1,107.27** | |

*Memo Calculation (not included in totals)   **Reimbursement (not included in totals)

| Client ID: | 0210BRMW - AVO Builders Inc | | |
|---|---|---|---|
| Pay Group: | Bi-Weekly | | |

**CHECK HISTORY DETAIL (0210BRMW)**
AVO Builders Inc
DBA: AVO Builders Inc

**Report Date Range: By Pay Date**
2/1/2023 - 10/10/2023

## Report Totals

**2/1/2023 - 10/10/2023**

Gross Pay: 46,440.00     Net Pay: 35,759.22

### Earnings

| Title | Hours | Dollars | Title | Dollars |
|---|---|---|---|---|
| Regular | 1,440.00 | 46,440.00 | | |

Total Hours: 1,440.00      Total Earnings: 46,440.00

### Taxes

| Title | Dollars | Title | Dollars |
|---|---|---|---|
| SOC SEC EE | 2,879.28 | MED EE | 673.38 |
| CALIFORNIA WH | 1,953.72 | FEDERAL WH | 3,649.17 |
| CALIFORNIA SDI EE | 417.96 | | |

Total Taxes: 9,573.51

### Deductions

| Title | Dollars | Title | Dollars |
|---|---|---|---|
| Advance | 1,107.27 | | |

Total Deductions: 1,107.27

*Memo Calculation (not included in totals)   **Reimbursement (not included in totals)