Peter J. Mastan, Trustee
*travis.terry@dinsmore.com*
550 South Hope Street, Suite 1765
Los Angeles, California 90071
Telephone: (213) 335-7739

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In Re:<br><br>MICHAEL ZELEDON<br><br><br><br>Debtor(s) | Case No.: 2:23-bk-16320-DS<br><br>Chapter 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |

TO THE ABOVE NAMED DEBTOR(S), AND COUNSEL:

    You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. § 341(a) in the above-entitled matter was continued to **November 15, 2023** at **9:00 AM** for the reason(s) set forth below:

    *See attachment.*

    The Meeting of Creditors will take place by Webex. Please see the attached pages for dial-in instructions. The Webex meeting number/access code (for November 15, 2023 only) is **2337 605 4223**, and the password is **jKwrMbXM778**.

    You are further notified that all appearances are **mandatory**. In the event you do not appear, your case may be dismissed.

    You are also further notified that any documents and/or information requested of you by the Trustee **must** be provided to his office **at least one week before your continued hearing**. **The Trustee does not accept tax returns, government-issued photo IDs or proofs of Social Security numbers electronically.** Please send them to the Trustee's office by US mail or overnight delivery.

Dated: <u>November 2, 2023</u>       /s/ Peter J. Mastan
                                                    Peter J. Mastan, Trustee

*In re Michael Zeledon*
2:23-bk-16320-DS

### ATTACHMENT

*Production of completed DSO declaration.*
*Amendment of Schedules A/B and C to list all financial accounts, including, but not limited to joint account with former spouse, and Debtor's interest in company.*
*Production of bank statements for all accounts of Debtor for one year prior to bankruptcy through present.*
*Production of Carmax purchase offer for vehicle.*

# INSTRUCTIONS AND INFORMATION
# FOR SECTION 341 MEETINGS BY WEBEX
# WITH PETER J. MASTAN, CHAPTER 7 TRUSTEE

Peter Mastan conducts Section 341(a) Meetings of Creditors ("Meeting(s)") by Webex. The Webex meeting information is set forth below, and is specific to November 15, 2023 only.

**When it's time, join your Meeting using one of the following options for Webex:**

**Option 1:** Join the Meeting using the web address below. You will be prompted for the Meeting Number and Password.

To use this option, you must use a device with a webcam and microphone, i.e. laptop or smart phone.

**https://dinsmore.webex.com/dinsmore/**

Meeting Number (Access Code):    **2337 605 4223**

Meeting Password:    **jKwrMbXM778**

**Option 2:** Join by telephone using the following number (audio conference only).

*Note: You will be prompted for the access code listed below.*

+1-415-655-0002 United States Toll

If you are unable to connect with the Toll number please call toll free: 1-800-726-5670

Meeting Number (Access Code):    **2337 605 4223**

## Information and Technical Tips for a Successful Meeting

(1)    Make the call from a quiet area where there is as little background noise as possible.

(2)    As more than one Meeting will be held during this period, listen for your case to be called. When your case is called, unmute yourself in Webex (by using *6 if you are attending by telephone or clicking on the unmute button) and identify yourself.

(3)    When speaking during your case, identify yourself.

(4)    If any party is attending the Meeting from the same location as another party, use separate touch-tone phones or computers to participate.

(5)     Once the case Meeting is finished, hang up or disconnect.

(6)     If you become disconnected before your Meeting is finished, rejoin the Webex session.

**<u>Bankruptcy Documents</u>:**

Debtors should have their bankruptcy documents available in the event there are questions about the information in the documents.

No Recording: The Meetings will be recorded by the trustee or United States Trustee. Any other recordings are prohibited.

**<u>Identification Procedures</u>** - Debtors should provide copies of their photo identification and proof of Social Security number to Trustee Mastan prior to the start of the 341 meeting. Copies may be provided through debtor's counsel or directly to Trustee Mastan if unrepresented by mail or overnight delivery only. Trustee Mastan does **NOT** accept photo identification and proof of Social Security number electronically.  If such proof has not been provided, the 341 meeting will be continued until the trustee has received proof of identification.

**<u>Preparation for the Call</u>**:

-     Each call will have multiple cases; after connecting to the call please mute yourself, turn off your video, and wait until your case is called.

-     When your case is called, please unmute yourself, turn on your camera if possible, and speak clearly and loudly as the meeting is being recorded.

-     Debtors should be prepared and have copies of documents on which they can reasonably expect to be examined (petition, schedules, statement of financial affairs, tax returns, etc.) or any documents the trustee has indicated in advance that debtors should have available for questioning.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 550 S. Hope Street, Suite 1765, Los Angeles, CA 90071.

The foregoing document described **NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** -
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On November 2, 2023 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL:**
On November 2, 2023 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

    Debtor:             MICHAEL ZELEDON, 5723 Nevada Ave, South Gate, CA 90280-8030
    Debtor Attorney:    Benjamin Heston, 100 Bayview Circle #100, Newport Beach, CA 92660

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY:**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on November 2, 2023 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 2, 2023 | TRAVIS MICHAEL TERRY | /s/ Travis Michael Terry |
|---|---|---|
| *Date* | *Type Name* | *Signature* |