Peter J. Mastan, Trustee
*peter.mastan@dinsmore.com*
550 S. Hope St., Suite 1765
Los Angeles, CA 90071
Telephone: 213-335-7739

Chapter 7 Trustee of the Bankruptcy Estate of
Michael Zeledon

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No. 2:23-bk-16320-DS |
| MICHAEL ZELEDON, | Chapter 7 |
| Debtor(s). | **TRUSTEE'S NOTICE OF INTENT TO ABANDON CERTAIN REAL PROPERTY** |
| | Date:  [No hearing required or requested]<br>Time:<br>Ctrm:  1639<br>        255 E. Temple St.<br>        Los Angeles, CA 90012<br>Judge: Hon. Deborah J. Saltzman |

///
///
///
///
///
///
///
///
///

**TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE OFFICE OF THE UNITED STATES TRUSTEE, AND TO ALL SCHEDULED CREDITORS OF THE ESTATE:**

  **NOTICE IS HEREBY GIVEN** that, pursuant to 11 U.S.C. § 554 and Local Bankruptcy Rule 6007-1, Peter J. Mastan, Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Michael Zeledon ("Debtor"), intends to abandon the property of the Estate scheduled as 5723 Nevada Ave., South Gate, CA 90280-8030" ("Real Property" or "Abandoned Property").

  **NOTICE IS FURTHER GIVEN** that the Trustee makes this abandonment of the Real Property on the grounds that it has little to no value to the Estate. Debtor's scheduled value of the Real Property is $655,800, to which the Trustee does not object. Debtor claimed a homestead exemption of $678,391 against the Real Property under CCP § 704.730, and there are scheduled liens of $379,306. As the total of the scheduled liens and claimed exemptions is greater than Debtor's valuation of the Real Property, the Trustee does not believe that liquidation of the Real Property would result in a meaningful distribution to creditors.

  **NOTICE IS FURTHER GIVEN** that, pursuant to Local Bankruptcy Rule 6007-1(d)(2), the Trustee intends to request an order from the Court that does all of the following:

  **1.** Determines that the Abandoned Property is burdensome and/or of inconsequential value and benefit to the Estate;

  **2.** Authorizes the Trustee to immediately abandon the Abandoned Property; and

  **3.** Determines that adequate notice of the Trustee's intent to abandon the Abandoned Property was given.

*This Notice is being filed and served in accordance with Local Bankruptcy Rule 6007-1. Pursuant to paragraph (c)(1) of that Rule, any objection to the relief sought herein must be filed with the Court and served on the Trustee, the Court, the Debtor, and the Office of the United States Trustee not more than 14 days (plus three for mailing) after service of this Notice at the addresses set forth below:*

/ / /

| | |
|---|---|
| **For Filing With the Court** | **For Service on the Trustee** |
| Clerk's Office | Peter J. Mastan, Trustee |
| United States Bankruptcy Court | 550 South Hope Street, Suite 1765 |
| 255 E. Temple Street | Los Angeles, California 90071-2627 |
| Los Angeles, California 90012 | |
| | **For Service on the Debtor** |
| **For Service on Judge Saltzman** | Benjamin Heston, Esq. |
| Hon. Deborah J. Saltzman | Nexus Bankruptcy |
| United States Bankruptcy Court | 100 Bayview Circle, #100 |
| Central District of California | Newport Beach, CA 92660 |
| Edward R. Roybal Federal Building and Courthouse | |
| 255 E. Temple Street, Suite 1634 | and |
| Los Angeles, California 90012 | |
| | Michael Zeledon |
| **For Service on the Office of the United States Trustee** | 5723 Nevada Ave. |
| Office of the U.S. Trustee | South Gate, CA 90280 |
| 915 Wilshire Blvd., Suite 1850 | |
| Los Angeles, California 90017 | |

**Pursuant to Local Bankruptcy Rule 9013-1(h), failure to timely file and serve an opposition to this Notice may be deemed to constitute consent to the relief specified in this Notice.**

Date: March 1, 2023                    PETER J. MASTAN, CH. 7 TRUSTEE

By:    */s/ Peter J. Mastan*
      Peter J. Mastan
      Chapter 7 Trustee of the Bankruptcy Estate
      of Michael Zeledon

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 550 S. Hope Street, Suite 1765, Los Angeles, CA 90071

A true and correct copy of the foregoing document described as: **NOTICE OF INTENT TO ABANDON CERTAIN REAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(S) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 1, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated below:

- **Benjamin Heston**    bhestonecf@gmail.com, benheston@recap.email, NexusBankruptcy@jubileebk.net
- **Peter J Mastan (TR)**    pmastan@iq7technology.com; travis.terry@dinsmore.com; ecf.alert+Mastan@titlexi.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

                             ____  Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **March 1, 2024** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **DEBTOR(S)** | **US Bankruptcy Court** |
|---|---|
| Michael Zeledon | Hon. Deborah J. Saltzman |
| 5723 Nevada Ave | United States Bankruptcy Court |
| South Gate, CA 90280-8030 | Central District of California |
| | Edward R. Roybal Federal |
| |    Building and Courthouse |
| | 255 E. Temple Street, Suite 1634 |
| | Los Angeles, CA 90012 |

                             **_X_**  Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 1, 2024** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows:. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

                             ____  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **March 1, 2024** | **TRAVIS MICHAEL TERRY** | */s/ Travis Michael Terry* |
|---|---|---|
| Date | Type name | Signature |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**SERVED BY FIRST CLASS U.S. MAIL**

APPLE CARD / GS BANK
PO Box 6112
Lock Box 7247
Philadelphia, PA 19115-6112

BARCLAYS BANK DELAWARE
PO Box 8803
Wilmington, DE 19899-8803

JPMORGAN CHASE BANK NA
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

DOWNEY FEDERAL CREDIT UNION
8237 3RD ST
DOWNEY CA 90241-3757

Midland Credit Management
PO Box 939069
San Diego, CA 92193-9069

Northstar Location Services
4285 Genesee St
Buffalo, NY 14225-1943

SHELLPOINT MORTGAGE
75 Beattie Pl Ste 300
Greenville, SC 29601-2138

TRANSFORM CREDIT INC
1440 W TAYLOR ST, # 431
CHICAGO IL 60607-4623