| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Peter J. Mastan, Trustee<br>peter.mastan@dinsmore.com<br>550 S. Hope St., Suite 1765<br>Los Angeles, CA  90071<br>Telephone:  213-335-7739<br><br>Chapter 7 Trustee of the Bankruptcy Estate of Michael Zeledon<br><br>☒ *Movant(s) appearing without an attorney*<br>☐ *Attorney for Movant(s)* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>MICHAEL ZELEDON,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:23-bk-16320-DS<br><br>CHAPTER: 7<br><br>**DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**<br><br>**LBR 9013-1(o)(3)**<br><br>[No Hearing Required] |
|---|---|

1. I am the ☒ Movant(s) or ☐ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. On (*date*): 03/01/2024    Movant(s) filed a motion or application (Motion) entitled: TRUSTEE'S NOTICE OF INTENT TO ABANDON CERTAIN REAL PROPERTY

3. A copy of the Motion and notice of motion is attached to this declaration.

4. On (*date*): 03/01/2024    Movant(s), served a copy of ☒ the notice of motion or ☐ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6. More than 17  days have passed after Movant(s) served the notice of motion.

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                        Page 1                        **F 9013-1.2.NO.REQUEST.HEARING.DEC**

9. Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 03/19/2024            /s/ Peter J. Mastan_____
                            Signature

                            Peter J. Mastan, Trustee_____
                            Printed name

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 2                **F 9013-1.2.NO.REQUEST.HEARING.DEC**

# EXHIBIT 1

1  Peter J. Mastan, Trustee
   *peter.mastan@dinsmore.com*
2  550 S. Hope St., Suite 1765
   Los Angeles, CA  90071
3  Telephone:  213-335-7739

4  Chapter 7 Trustee of the Bankruptcy Estate of
   Michael Zeledon
5

6

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                  **LOS ANGELES DIVISION**

11

| In re: | Case No. 2:23-bk-16320-DS |
|---|---|
| | Chapter 7 |
| MICHAEL ZELEDON, | |
| | **TRUSTEE'S NOTICE OF INTENT TO ABANDON CERTAIN REAL PROPERTY** |
| Debtor(s). | |
| | Date:    [No hearing required or requested] |
| | Time: |
| | Ctrm:    1639 |
| | 255 E. Temple St. |
| | Los Angeles, CA  90012 |
| | Judge:   Hon. Deborah J. Saltzman |

20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

EXHIBIT 1                                                    PG. 4

**TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE OFFICE OF THE UNITED STATES TRUSTEE, AND TO ALL SCHEDULED CREDITORS OF THE ESTATE:**

**NOTICE IS HEREBY GIVEN** that, pursuant to 11 U.S.C. § 554 and Local Bankruptcy Rule 6007-1, Peter J. Mastan, Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Michael Zeledon ("Debtor"), intends to abandon the property of the Estate scheduled as 5723 Nevada Ave., South Gate, CA 90280-8030" ("Real Property" or "Abandoned Property").

**NOTICE IS FURTHER GIVEN** that the Trustee makes this abandonment of the Real Property on the grounds that it has little to no value to the Estate. Debtor's scheduled value of the Real Property is $655,800, to which the Trustee does not object. Debtor claimed a homestead exemption of $678,391 against the Real Property under CCP § 704.730, and there are scheduled liens of $379,306. As the total of the scheduled liens and claimed exemptions is greater than Debtor's valuation of the Real Property, the Trustee does not believe that liquidation of the Real Property would result in a meaningful distribution to creditors.

**NOTICE IS FURTHER GIVEN** that, pursuant to Local Bankruptcy Rule 6007-1(d)(2), the Trustee intends to request an order from the Court that does all of the following:

    **1.** Determines that the Abandoned Property is burdensome and/or of inconsequential value and benefit to the Estate;

    **2.** Authorizes the Trustee to immediately abandon the Abandoned Property; and

    **3.** Determines that adequate notice of the Trustee's intent to abandon the Abandoned Property was given.

*This Notice is being filed and served in accordance with Local Bankruptcy Rule 6007-1. Pursuant to paragraph (c)(1) of that Rule, any objection to the relief sought herein must be filed with the Court and served on the Trustee, the Court, the Debtor, and the Office of the United States Trustee not more than 14 days (plus three for mailing) after service of this Notice at the addresses set forth below:*

///

2.

EXHIBIT 1    PG. 5

| | | |
|---|---|---|
| 1 | **For Filing With the Court**<br>Clerk's Office | **For Service on the Trustee**<br>Peter J. Mastan, Trustee |
| 2 | United States Bankruptcy Court<br>255 E. Temple Street | 550 South Hope Street, Suite 1765<br>Los Angeles, California 90071-2627 |
| 3 | Los Angeles, California 90012 | |
| 4 | **For Service on Judge Saltzman** | **For Service on the Debtor**<br>Benjamin Heston, Esq. |
| 5 | Hon. Deborah J. Saltzman<br>United States Bankruptcy Court | Nexus Bankruptcy<br>100 Bayview Circle, #100 |
| 6 | Central District of California<br>Edward R. Roybal Federal | Newport Beach, CA 92660 |
| 7 | Building and Courthouse<br>255 E. Temple Street, Suite 1634 | and |
| 8 | Los Angeles, California 90012 | Michael Zeledon<br>5723 Nevada Ave. |
| 9 | **For Service on the Office of the**<br>**United States Trustee** | South Gate, CA 90280 |
| 10 | Office of the U.S. Trustee<br>915 Wilshire Blvd., Suite 1850 | |
| 11 | Los Angeles, California 90017 | |

12  **Pursuant to Local Bankruptcy Rule 9013-1(h), failure to timely file and serve an**

13  **opposition to this Notice may be deemed to constitute consent to the relief specified in this**

14  **Notice.**

15  Date: March 1, 2023                    PETER J. MASTAN, CH. 7 TRUSTEE

16                                         By:   */s/ Peter J. Mastan*
                                                  Peter J. Mastan
17                                                Chapter 7 Trustee of the Bankruptcy Estate
                                                  of Michael Zeledon

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 1                                                                    PG. 6

Case 2:23-bk-16320-DS    Doc 26    Filed 03/01/24    Entered 03/01/24 09:47:26    Desc
Main Document    Page 4 of 5

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 550 S. Hope Street, Suite 1765, Los Angeles, CA 90071

A true and correct copy of the foregoing document described as: **NOTICE OF INTENT TO ABANDON CERTAIN REAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(S) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 1, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated below:

- **Benjamin Heston**    bhestonecf@gmail.com, benheston@recap.email, NexusBankruptcy@jubileebk.net
- **Peter J Mastan (TR)**    pmastan@iq7technology.com; travis.terry@dinsmore.com; ecf.alert+Mastan@titlexi.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **March 1, 2024** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR(S)**
Michael Zeledon
5723 Nevada Ave
South Gate, CA 90280-8030

**US Bankruptcy Court**
Hon. Deborah J. Saltzman
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal
   Building and Courthouse
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

**X**   Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 1, 2024** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows:. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **March 1, 2024** | **TRAVIS MICHAEL TERRY** | */s/ Travis Michael Terry* |
|---|---|---|
| Date | Type name | Signature |

EXHIBIT 1                                                                                                      PG. 7

**ADDITIONAL SERVICE INFORMATION (if needed):**

**SERVED BY FIRST CLASS U.S. MAIL**

APPLE CARD / GS BANK
PO Box 6112
Lock Box 7247
Philadelphia, PA 19115-6112

BARCLAYS BANK DELAWARE
PO Box 8803
Wilmington, DE 19899-8803

JPMORGAN CHASE BANK NA
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

DOWNEY FEDERAL CREDIT UNION
8237 3RD ST
DOWNEY CA 90241-3757

Midland Credit Management
PO Box 939069
San Diego, CA 92193-9069

Northstar Location Services
4285 Genesee St
Buffalo, NY 14225-1943

SHELLPOINT MORTGAGE
75 Beattie Pl Ste 300
Greenville, SC 29601-2138

TRANSFORM CREDIT INC
1440 W TAYLOR ST, # 431
CHICAGO IL 60607-4623

EXHIBIT 1                                                                                           PG. 8

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 550 S. Hope Street, Suite 1765, Los Angeles, CA 90071

A true and correct copy of the foregoing document described as: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON TRUSTEE'S NOTICE OF INTENT TO ABANDON CERTAIN REAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(S) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 19, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated below:

- **Benjamin Heston**    bhestonecf@gmail.com, benheston@recap.email, NexusBankruptcy@jubileebk.net
- **Peter J Mastan (TR)**    pmastan@iq7technology.com; travis.terry@dinsmore.com; ecf.alert+Mastan@titlexi.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On **March 19, 2024** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR(S)**
Michael Zeledon
5723 Nevada Ave
South Gate, CA 90280-8030

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 19, 2024** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows:. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **March 19, 2024** | **TRAVIS MICHAEL TERRY** | */s/ Travis Michael Terry* |
|---|---|---|
| Date | Type name | Signature |