United States Bankruptcy Court

Central District of California

In re:  Case No. 23-16320-DS
Michael Zeledon  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2　　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　Page 1 of 1
Date Rcvd: Mar 19, 2024　　　　　　　　　　　　Form ID: pdf042　　　　　　　　　　　　　Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Michael Zeledon, 5723 Nevada Ave, South Gate, CA 90280-8030 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2024　　　　　　　　　　　Signature:　　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Michael Zeledon bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Peter J Mastan (TR) | pmastan@iq7technology.com;travis.terry@dinsmore.com;ecf.alert+Mastan@titlexi.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 3

Peter J. Mastan, Trustee
peter.mastan@dinsmore.com
550 S. Hope St., Suite 1765
Los Angeles, CA 90071
Telephone: 213-335-7739

Chapter 7 Trustee of the Bankruptcy Estate of Michael Zeledon

**FILED & ENTERED**

MAR 19 2024

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY bakchell DEPUTY CLERK

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

In re:

MICHAEL ZELEDON,

    Debtor.

Case No. 2:23-bk-16320-DS

Chapter 7

**ORDER AUTHORIZING TRUSTEE'S ABANDONMENT OF CERTAIN REAL PROPERTY**

The court having reviewed the "Trustee's Notice of Intent to Abandon Certain Real Property" (the "Notice," Docket No. 26) and the record in this case,

IT IS HEREBY ORDERED that, based on the Notice and pursuant to LBR 6007-1(d), the chapter 7 trustee is authorized to abandon the estate's interest in the real property at 5723 Nevada Ave., South Gate, CA 90280-8030.

# # #

Date: March 19, 2024

_____
Deborah J. Saltzman
United States Bankruptcy Judge