Peter J. Mastan, Trustee
*peter.mastan@dinsmore.com*
550 S. Hope St., Suite 1765
Los Angeles, California 90071
Telephone: 213-335-7737

Chapter 7 Trustee of the Bankruptcy Estate
of Michael Zeledon

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>MICHAEL ZELEDON,<br><br>Debtor(s). | Case No. 2:23-bk-16320-DS<br><br>Chapter 7<br><br>**AMENDED NOTICE OF CONTINUED HEARING ON MOTION TO APPROVE ASSIGNMENT AGREEMENT BETWEEN THE TRUSTEE AND THE DEBTOR FOR THE TRUSTEE'S CONVEYANCE OF THE ESTATE'S INTEREST IN 2017 HONDA PILOT**<br><br>**Original Hearing**<br>Date:    April 18, 2024<br>Time:    11:30 a.m.<br><br>**Continued Hearing**<br>Date:    May 30, 2024<br>Time:    11:30 a.m.<br><br>Ctrm:    Courtroom 1639<br>            255 E. Temple Street<br>            Los Angeles, CA 90012<br>Judge:   Hon. Deborah J. Saltzman |

///

///

///

**TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE OFFICE OF THE UNITED STATES TRUSTEE, ALL SCHEDULED CREDITORS OF THE ESTATE, ALL OTHER INTERESTED PARTIES; AND THEIR RESPECTIVE COUNSEL OF RECORD, IF ANY:**

**NOTICE IS HEREBY GIVEN** that the continued hearing on the previously filed "Motion To Approve Assignment Agreement between the Trustee and the Debtor for the Trustee's Conveyance of the Estate's Interest in 2017 Honda Pilot" filed by Peter J. Mastan, Chapter 7 trustee of the bankruptcy estate of Michael Zeledon will be held on **May 30, 2024 at 11:30 a.m.** in Courtroom 1639 of the United States Bankruptcy Court located at 255 E. Temple Street, Los Angeles, California 90012, the Honorable Deborah J. Saltzman, United States Bankruptcy Judge, presiding.

**NOTICE IS FURTHER GIVEN** that all hearings before Judge Saltzman offer remote connection through ZoomGov. Hearing participants may view and listen to hearings before Judge Saltzman using ZoomGov free of charge. Observers may monitor hearings using the ZoomGov telephone audio connection. The video and audio connection information for the hearing is:

Video/audio web address: **https://cacb.zoomgov.com/j/1611814083**

ZoomGov meeting number: **161 181 4083**

Password: **540421**

Telephone conference lines: **1 (669) 254 5252** or **1 (646) 828 7666**

**NOTICE IS FURTHER GIVEN** that there is no need to contact the Court for permission to appear remotely; however, if you intend to appear in the courtroom, please notify the Courtroom Deputy at least 24 hours before the hearing.

DATED: April 23, 2024  　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　CHAPTER 7 TRUSTEE

　　　　　　　　　　　　　　　　　　　　　　By:  */s/ Peter J. Mastan*
　　　　　　　　　　　　　　　　　　　　　　　　Peter J. Mastan
　　　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee of the Bankruptcy
　　　　　　　　　　　　　　　　　　　　　　Estate of Michael Zeledon

1.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:  550 S. Hope Street, Suite 1765, Los Angeles, CA  90071

A true and correct copy of the foregoing document described as:  **AMENDED NOTICE OF CONTINUED HEARING ON MOTION TO APPROVE ASSIGNMENT AGREEMENT BETWEEN THE TRUSTEE AND THE DEBTOR FOR THE TRUSTEE'S CONVEYANCE OF THE ESTATE'S INTEREST IN 2017 HONDA PILOT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(S) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **April 23, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated below:

- **Benjamin Heston**    bhestonecf@gmail.com, benheston@recap.email, NexusBankruptcy@jubileebk.net
- **Peter J Mastan (TR)**    pmastan@iq7technology.com; travis.terry@dinsmore.com; ecf.alert+Mastan@titlexi.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

⬜ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **April 23, 2024** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR(S)**
Michael Zeledon
5723 Nevada Ave
South Gate, CA 90280-8030

⬜ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 23, 2024** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows:.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

⬜ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 23, 2024 | TRAVIS MICHAEL TERRY | /s/ Travis Michael Terry |
|---|---|---|
| Date | Type name | Signature |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**SERVED BY FIRST CLASS U.S. MAIL**

APPLE CARD / GS BANK
PO Box 6112
Lock Box 7247
Philadelphia, PA 19115-6112

BARCLAYS BANK DELAWARE
PO Box 8803
Wilmington, DE 19899-8803

JPMORGAN CHASE BANK NA
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

DOWNEY FEDERAL CREDIT UNION
8237 3RD ST
DOWNEY CA 90241-3757

Midland Credit Management
PO Box 939069
San Diego, CA 92193-9069

Midland Credit Management, Inc.
PO Box 2037
Warren, MI  48090-2037

Northstar Location Services
4285 Genesee St
Buffalo, NY 14225-1943

SHELLPOINT MORTGAGE
75 Beattie Pl Ste 300
Greenville, SC 29601-2138

TRANSFORM CREDIT INC
1440 W TAYLOR ST, # 431
CHICAGO IL 60607-4623