United States Bankruptcy Court

Central District of California

In re:                                                                                                            Case No. 23-16320-DS
Michael Zeledon                                                                                          Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2                                       User: admin                                    Page 1 of 1
Date Rcvd: Jun 05, 2024                       Form ID: pdf042                            Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Michael Zeledon, 5723 Nevada Ave, South Gate, CA 90280-8030 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2024                            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Michael Zeledon bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Peter J Mastan (TR) | pmastan@iq7technology.com;travis.terry@dinsmore.com;ecf.alert+Mastan@titlexi.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 3

Peter J. Mastan, Trustee
*peter.mastan@dinsmore.com*
550 S. Hope St., Suite 1765
Los Angeles, CA  90071
Telephone:  213-335-7739

Chapter 7 Trustee of the Bankruptcy Estate
of Michael Zeledon

**FILED & ENTERED**

JUN 05 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>MICHAEL ZELEDON,<br><br>           Debtor. | Case No. 2:23-bk-16320-DS<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION TO APPROVE ASSIGNMENT AGREEMENT BETWEEN THE TRUSTEE AND DEBTOR FOR THE TRUSTEE'S CONVEYANCE OF THE ESTATE'S INTEREST IN 2017 HONDA PILOT**<br><br>Hearing:<br>Date:     May 30, 2024<br>Time:    11:30 a.m.<br>Place:    Courtroom 1639<br>             255 E. Temple St.<br>             Los Angeles, CA 90012 |

The court held a hearing at the above time and place on the "Motion to Approve Assignment Agreement between the Trustee and Debtor for the Trustee's Conveyance of the Estate's Interest in 2017 Honda Pilot" (the "Motion," Docket No. 31) filed by Peter J. Mastan, chapter 7 trustee (the "Trustee"). Appearances were noted on the record.

      Based on the Motion, the arguments and statements made by counsel at the hearing, and the record in this case, and for the reasons stated on the record at the hearing,

      IT IS HEREBY ORDERED THAT the Motion is granted as follows:

      1.    The assignment agreement (the "Agreement"), attached as Exhibit 1 to the Motion, is approved.

      2.    The Trustee is authorized to make the assignment of the state's interest in the vehicle described as 2017 Honda Pilot (VIN 5FNYF5H33HB019474) (the "Vehicle"). The assignment is made on an "AS IS" and "WHERE IS" basis, subject to all existing encumbrances, liens, claims and restrictions thereon, if any.

      3.    The Agreement was made in good faith, as pursuant to 11 U.S.C. § 363(m).

      4.    Adequate notice of the Motion was given.

      5.    The Trustee is authorized to perform the terms of the Agreement and to sign all such documents that are reasonably necessary to perform the Trustee's obligations under the Agreement.

      6.    The court reserves jurisdiction to enforce the Agreement.

      7.    The overbid procedure proposed in the Motion is approved.

///

8. The Trustee is authorized to close the proposed assignment of the estate's interest in the Vehicle to the Debtor unless an appeal of the order authorizing the sale is timely filed and a stay pending appeal is entered.

9. The 14-day stay for the disposition of estate property set forth in Federal Rule of Bankruptcy Procedure 6004(h) is waived.

###

Date: June 5, 2024

_____
Deborah J. Saltzman
United States Bankruptcy Judge