Peter J. Mastan, Trustee
550 S. Hope Street, Suite 1765
Los Angeles, California 90071
*travis.terry@dinsmore.com*
(213) 335-7739

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 2:23-bk-16320 DS |
| | ) | |
| Michael Zeledon | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | **REQUEST FOR COURT COSTS** |
| | ) | |
| | ) | [No Hearing Required] |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

The undersigned Trustee is prepared to file a Final Report and Account and hereby requests that the Clerk of the Court provide the court costs that have been incurred in this case so that they may be included in the Final Report and Account.

DATED: August 15, 2024                                     CHAPTER 7 TRUSTEE

*/s/ Peter J. Mastan*
Peter J Mastan