Peter Mastan, Trustee
550 S. Hope Street Suite 1765
Los Angeles, CA  90071
travis.terry@dinsmore.com
Telephone:  (213) 335-7739

Chapter 7 Trustee of the Bankruptcy Estate of
Michael Zeledon

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Michael Zeledon<br><br>Debtor(s) | Case No.: 2:23-bk-16320 DS<br><br>**Chapter 7**<br><br>**NOTICE TO PROFESSIONALS TO FILE APPLICATIONS FOR COMPENSATION**<br><br>[No Hearing Requested] |

**TO THE UNITED STATES BANKURPTCY COURT – ASSET CLOSING SECTION, THE UNITED STATES TRUSTEE, COUNSEL TO THE DEBTOR(S), AND TO EVERY PROFESSIONAL PERSON ENTITLED TO CLAIM COMPENSATION PAYABLE AS AN ADMINISTRATIVE EXPENSE TO THE ESTATE:**

    **YOU ARE HEREBY NOTIFIED** that the Chapter 7 Trustee is prepared to file a Final Report and Account.

    Professional persons are notified that the last day for filing applications for compensation is 21 days after the mailing of this notice pursuant to Local Bankruptcy Rule 2016-1(c)(4)(B).

Dated: August 15, 2024                          */s/ Peter J. Mastan*
                                                                          Peter Mastan, Chapter 7 Trustee

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 550 S. Hope Street, Suite 1765, Los Angeles, CA 90071

A true and correct copy of the foregoing document described as: **NOTICE TO PROFESSIONALS TO FILE APPLICATIONS FOR COMPENSATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(S) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 15, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated below:

- **Benjamin Heston**    bhestonecf@gmail.com, benheston@recap.email, NexusBankruptcy@jubileebk.net
- **Peter J Mastan (TR)**    pmastan@iq7technology.com; travis.terry@dinsmore.com; ecf.alert+Mastan@titlexi.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On **August 15, 2024** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR(S)**
Michael Zeledon
5723 Nevada Ave
South Gate, CA 90280-8030

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 15, 2024** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows:. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **August 15, 2024** | **TRAVIS MICHAEL TERRY** | */s/ Travis Michael Terry* |
|---|---|---|
| Date | Type name | Signature |