Peter J. Mastan, Trustee
550 S. Hope Street, Suite 1765
Los Angeles, California 90071
*travis.terry@dinsmore.com*
(213) 335-7739

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>    Michael Zeledon<br><br>                        Debtor. | Case No. 2:23-bk-16320 DS<br><br>CHAPTER 7<br><br>**REQUEST FOR COURT COSTS**<br><br>[No Hearing Required] |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

The undersigned Trustee is prepared to file a Final Report and Account and hereby requests that the Clerk of the Court provide the court costs that have been incurred in this case so that they may be included in the Final Report and Account.

DATED: October 10, 2024                                CHAPTER 7 TRUSTEE

                                                                        */s/ Peter J. Mastan*
                                                                         Peter J Mastan