United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-16320-DS |
| Michael Zeledon | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 03, 2024 | Form ID: pdf001 | Total Noticed: 13 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Michael Zeledon, 5723 Nevada Ave, South Gate, CA 90280-8030 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: itcdbg@edd.ca.gov | Dec 04 2024 00:44:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | Email/Text: BKBNCNotices@ftb.ca.gov | Dec 04 2024 00:44:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | Email/Text: finance.bankruptcy@lacity.org | Dec 04 2024 00:43:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 41698470 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 04 2024 00:44:00 | APPLE CARD / GS BANK, PO Box 6112, Lock box 7247, Philadelphia, PA 19115-6112 |
| 41698471 | Email/Text: BarclaysBankDelaware@tsico.com | Dec 04 2024 00:44:00 | BARCLAYS BANK DELAWARE, PO Box 8803, Wilmington, DE 19899-8803 |
| 41698473 | Email/Text: collections@downeyfcu.org | Dec 04 2024 00:43:00 | DOWNEY FEDERAL CREDIT UNION, 8237 3rd St, Downey, CA 90241-3718 |
| 41698472 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 04 2024 00:52:25 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 41698474 | Email/Text: bankruptcydpt@mcmcg.com | Dec 04 2024 00:44:00 | Midland Credit Management, Po Box 939069, San Diego, CA 92193-9069 |
| 41902228 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 04 2024 00:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 41698469 | ^ MEBN | Dec 04 2024 00:40:36 | Northstar Location Services, 4285 Genesee St, Buffalo, NY 14225-1943 |
| 41698475 | Email/Text: mtgbk@shellpointmtg.com | Dec 04 2024 00:44:00 | SHELLPOINT MORTGAGE, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 41698476 | Email/Text: collections@transformcredit.com | Dec 04 2024 00:44:00 | TRANSFORM CREDIT, 332 S Michigan Ave Fl 8, Chicago, IL 60604-4434 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| District/off: 0973-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 03, 2024 | Form ID: pdf001 | Total Noticed: 13 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Michael Zeledon bhestonecf@gmail.com    benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Peter J Mastan (TR) | pmastan@iq7technology.com;travis.terry@dinsmore.com;ecf.alert+Mastan@titlexi.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

In re:    Michael Zeledon                                          § Case No. 2:23-bk-16320-DS
                                                                   §
                                                                   §
Debtor(s)                                                          §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter J Mastan, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   U.S. BANKRUPTCY COURT
   EDWARD R. ROYBAL FEDERAL BUILDING
   255 E. TEMPLE STREET, 1ST FLOOR
   LOS ANGELES, CA  90012

   A Hearing on the Trustee's Final Report and Applications for Compensation will be held by Zoomgov at 1:00 p.m. on January 14, 2025 in Courtroom 1639 of the United States Bankruptcy Court, located at 255 E. Temple St, Los Angeles, CA 90012.

   All hearings before Judge Saltzman will offer remote connection through ZoomGov. Hearing participants may view and listen to hearings before Judge Saltzman using ZoomGov free of charge. Observers may monitor hearings using the ZoomGov telephone audio connection.

   Video and audio connection information for each hearing will be provided on Judge Saltzman's publicly posted hearing calendar, which may be viewed online at:  http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=DS

   Zoom participants may use a personal computer (equipped with camera, microphone, and speaker) or a handheld mobile device (such as a smartphone).  Participants and observers may participate with audio only through ZoomGov using a telephone (standard telephone charges may apply).
The audio portion of each hearing will be recorded electronically by the court and will constitute its official record.

   Any person wishing to object to any fee application that has not been already approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged, and the United States Trustee. Untimely objections may be deemed waived. In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered. See Federal Rule of Bankruptcy Procedure 5009.

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Date Mailed: 12/02/2024 | By: | /s/ Peter J Mastan |
| | | Trustee |

Peter J Mastan
550 S. Hope Street, Suite 1765
Los Angeles, CA  90071
(213) 335-7738
peter.mastan@dinsmore.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re:    Michael Zeledon    §    Case No. 2:23-bk-16320-DS
    §
    §
Debtor(s)    §

# SUMMARY OF TRUSTEE'S FINAL REPORT
# AND APPLICATION FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 8,000.00 |
| *and approved disbursements of* | $ 25.98 |
| *leaving a balance on hand of* [1] | $ 7,974.02 |
| **Balance on hand:** | $ 7,974.02 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,974.02 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Peter J Mastan | 1,442.22 | 0.00 | 1,442.22 |
| Trustee, Expenses - Peter J Mastan | 72.72 | 0.00 | 72.72 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,514.94 |
| Remaining balance: | $ 6,459.08 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | |
|---|---|
| NONE | |

|  | |
|---|---|
| Total to be paid for prior chapter administration expenses: | $ 0.00 |
| Remaining balance: | $ 6,459.08 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | NONE | | | |

| | |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 6,459.08 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $5,024.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.000 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Midland Credit Management, Inc. | 5,024.96 | 0.00 | 5,024.96 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 5,024.96 |
| Remaining balance: | $ 1,434.12 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | NONE | | | |

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 1,434.12 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 1,434.12 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 5.46% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $356.30. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $1,077.82.

Prepared By: /s/ Peter J Mastan
Trustee

Peter J Mastan
550 S. Hope Street
Suite 1765
Los Angeles, CA  90071
(213) 335-7738
peter.mastan@dinsmore.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**