United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-16320-DS |
| Michael Zeledon | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 15, 2025 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Michael Zeledon, 5723 Nevada Ave, South Gate, CA 90280-8030 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 17, 2025            Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Michael Zeledon bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Peter J Mastan (TR) | pmastan@iq7technology.com;travis.terry@dinsmore.com;ecf.alert+Mastan@titlexi.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 3

| Attorney or Trustee Name, Address, Telephone & FAX Numbers, State Bar No. & Email Address<br><br>Peter J Mastan, Trustee<br>peter.mastan@dinsmore.com<br>550 S. Hope Street, Suite 1765<br>Los Angeles, CA 90071<br>(213) 335-7739<br><br>☐ *Attorney for chapter 7 trustee*<br>☒ *Chapter 7 trustee* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JAN 15 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bakchell **DEPUTY CLERK** |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION ||
| In re:<br><br>MICHAEL ZELEDON<br><br><br><br>Debtor(s). | CASE NO.: 2:23-bk-16320 DS<br>CHAPTER: 7<br><br>**ORDER ON FINAL FEE APPLICATIONS ALLOWING PAYMENT OF:**<br>**(1) COURT AND U.S. TRUSTEE FEES; AND**<br>**(2) FINAL FEES AND EXPENSES OF TRUSTEE AND PROFESSIONALS**<br><br>**[LBR 2016-1(c)(4)]**<br><br>DATE: **January 14, 2025**<br>TIME: **1:00 p.m.**<br>COURTROOM: **1639 (Via ZoomGov)**<br>ADDRESS: **255 E. Temple St.**<br>**Los Angeles, CA  90012** |

The chapter 7 trustee filed a Trustee's Final Report in this case.  Applications for final compensation were filed by the chapter 7 trustee and, if applicable, other professionals.  Based on findings and conclusions made by the court, **IT IS ORDERED: Fees and expenses are approved as follows, and if not already paid may be paid**:

1. **Fees:  U.S. Bankruptcy Court and U.S. Trustee**
   U.S. Bankruptcy Court fees *(specify)*

|   |   |
|---|---:|
|   | $0.00 |
|   | $0.00 |
|   | $0.00 |

| | |
|---|---:|
| Subtotal for court fees: | $0.00 |
| U.S. Trustee fees | $0.00 |
| Total allowed court and U.S. Trustee fees | $0.00 |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*        Page 1        **F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES**

2. **Professional Fees and Expenses:**
   a. Chapter 7 Professional Fees and Expenses:

   |  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
   |---|---|---|---|---|
   | **(1) Name of Professional/Profession:** | | | | |
   | Fees | $0.00 | $0.00 | $0.00 | $0.00 |
   | Expenses | $0.00 | $0.00 | $0.00 | $0.00 |
   | **(2) Name of Professional/Profession:** | | | | |
   | Fees | $0.00 | $0.00 | $0.00 | $0.00 |
   | Expenses | $0.00 | $0.00 | $0.00 | $0.00 |
   | **(3) Name of Professional/Profession:** | | | | |
   | Fees | $0.00 | $0.00 | $0.00 | $0.00 |
   | Expenses | $0.00 | $0.00 | $0.00 | $0.00 |

   ☐ Additional professional fees and expenses attached.

   b. Chapter 11 Professional Fees and Expenses (prior to conversion to chapter 7):

   |  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
   |---|---|---|---|---|
   | **(1) Name of Professional/Profession:** | | | | |
   | Fees | $0.00 | $0.00 | $0.00 | $0.00 |
   | Expenses | $0.00 | $0.00 | $0.00 | $0.00 |
   | **(2) Name of Professional/Profession:** | | | | |
   | Fees | $0.00 | $0.00 | $0.00 | $0.00 |
   | Expenses | $0.00 | $0.00 | $0.00 | $0.00 |
   | **(3) Name of Professional/Profession:** | | | | |
   | Fees | $0.00 | $0.00 | $0.00 | $0.00 |
   | Expenses | $0.00 | $0.00 | $0.00 | $0.00 |

   ☐ Additional professional fees and expenses attached.

3. **Trustee Fees and Expenses:**
   a. Chapter 7 Trustee Fees and Expenses:

   |  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
   |---|---|---|---|---|
   | **Trustee PETER J MASTAN** | | | | |
   | Fees | $1,442.22 | $1,442.22 | $0.00 | $1,442.22 |
   | Expenses | $72.72 | $72.72 | $0.00 | $72.72 |
   | Bank Fees | $25.98 | $25.98 | $25.98 | $0.00 |
   | Bond | $0.00 | $0.00 | $0.00 | $0.00 |
   | Taxes | $0.00 | $0.00 | $0.00 | $0.00 |

   ☐ Additional professional fees and expenses attached.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 2    **F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES**

b. Chapter 11 Trustee Fees and Expenses (prior to conversion to chapter 7):

|  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
|---|---|---|---|---|
| **Trustee** | | | | |
| Fees | $0.00 | $0.00 | $0.00 | $0.00 |
| Expenses | $0.00 | $0.00 | $0.00 | $0.00 |
| Bank Fees | $0.00 | $0.00 | $0.00 | $0.00 |
| Bond | $0.00 | $0.00 | $0.00 | $0.00 |
| Taxes | $0.00 | $0.00 | $0.00 | $0.00 |

☐ Additional professional fees and expenses attached.

4. If the final dividend to creditors is the same or higher than proposed in the Trustee's Final Report, the trustee shall immediately proceed with the final distribution to creditors and professionals. If the final dividend to creditors is less than that which was proposed in the Trustee's Final Report, the trustee shall immediately submit to the U.S. Trustee an Amended Trustee's Report of Proposed Distribution and Dividend Payments within 30 days of the entry of this order. Within 14 days the U.S. Trustee will review the proposed distribution and notify the trustee to proceed with the final distribution to creditors and professionals. The distribution to creditors and professionals shall occur at the same time and no later than 90 days from the entry of this order.

5. ☐ Other:

### 

Date: January 15, 2025

Deborah J. Saltzman
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*　　　　　　　　　　　　　Page 3　　　　**F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES**