**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re:    Michael Zeledon    § Case No. 2:23-bk-16320-DS
§
§
Debtor(s)    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Peter J Mastan, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $0.00 *(without deducting any secured claims)* | Assets Exempt:  $688,641.00 |
| Total Distribution to Claimants:  $5,381.26 | Claims Discharged Without Payment:  $83,562.00 |
| Total Expenses of Administration:  $1,540.92 | |

3) Total gross receipts of $8,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $1,077.82 (see **Exhibit 2**), yielded net receipts of $6,922.18 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 379,306.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY CLAIMS |  |  |  |  |
|     CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,540.92 | 1,540.92 | 1,540.92 |
|     PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|     PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 88,587.00 | 5,381.26 | 5,381.26 | 5,381.26 |
| **TOTAL DISBURSEMENTS** | **$467,893.00** | **$6,922.18** | **$6,922.18** | **$6,922.18** |

4) This case was originally filed under Chapter 7 on 09/28/2023. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/28/2025            By: /s/ Peter J Mastan
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE¹ | $ AMOUNT RECEIVED |
|---|---|---|
| Honda Pilot 2017 75000 miles | 1129-000 | 8,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,000.00** |

¹ The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Michael Zeledon | Surplus to Debtor, Paid pursuant to Court order entered 1/15/25 | 8200-002 | 1,077.82 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$1,077.82** |

### EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | SHELLPOINT MORTGAGE | 4110-000 | 379,306.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$379,306.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter J Mastan | 2100-000 | N/A | 1,442.22 | 1,442.22 | 1,442.22 |
| Peter J Mastan | 2200-000 | N/A | 72.72 | 72.72 | 72.72 |
| Flagstar Bank, N.A. | 2600-000 | N/A | 25.98 | 25.98 | 25.98 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$1,540.92** | **$1,540.92** | **$1,540.92** |

### EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 - PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | N/A | | | |

**EXHIBIT 7 - GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Midland Credit Management, Inc. | 7100-000 | 5,025.00 | 5,024.96 | 5,024.96 | 5,024.96 |
| 1-I | Midland Credit Management, Inc. | 7990-000 | N/A | 356.30 | 356.30 | 356.30 |
| NOTFILED | APPLE CARD / GS BANK | 7100-000 | 4,541.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | BARCLAYS BANK DELAWARE | 7100-000 | 16,881.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CHASE CARD SERVICES | 7100-000 | 19,042.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CHASE CARD SERVICES | 7100-000 | 13,132.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CHASE CARD SERVICES | 7100-000 | 13,030.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | DOWNEY FEDERAL CREDIT UNION | 7100-000 | 16,580.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | TRANSFORM CREDIT | 7100-000 | 356.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$88,587.00** | **$5,381.26** | **$5,381.26** | **$5,381.26** |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

Page: 1

| Case Number: | 23-16320 DS | Trustee: | Peter J Mastan |
|---|---|---|---|
| Case Name: | Michael Zeledon | Filed (f) or Converted (c): | 09/28/23 (f) |
| | | §341(a) Meeting Date: | 10/26/23 |
| Period Ending: | 03/28/25 | Claims Bar Date: | 04/29/24 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Single Family Home 5723 Nevada Ave South Gate CA 90280-8030 Los Angeles County<br>After liens and claimed exemptions, this asset has no value to the Estate, and the Trustee abandoned it by Court order entered 3/19/24. | 655,800.00 | 0.00 | OA | 0.00 | FA |
| 2 | Honda Pilot 2017 75000 miles<br>This asset is the subject of an assignment agreement between the Trustee and the Debtor, which was approved by Court order entered 6/5/24. | 6,750.00 | 10,378.00 | | 8,000.00 | FA |
| 3 | Household goods and furnishings<br>Fully exempt. This asset has no value to the Estate. | 2,500.00 | 0.00 | | 0.00 | FA |
| 4 | Electronics<br>Fully exempt. This asset has no value to the Estate. | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Clothes<br>Fully exempt. This asset has no value to the Estate. | 400.00 | 0.00 | | 0.00 | FA |
| 6 | Pets<br>This asset has no value to the Estate. | Unknown | 0.00 | | 0.00 | FA |
| 7 | Cash on hand<br>Fully exempt. This asset has no value to the Estate. | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Checking account: Chase<br>This asset has no value to the Estate. | 0.00 | 0.00 | | 0.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$666,050.00** | **$10,378.00** | | **$8,000.00** | **$0.00** |

**Major activities affecting case closing:**
TRUSTEE'S DISTRIBUTION REPORT (TDR)
The Trustee submitted his TDR to the OUST on or about 3/28/25.
*******************
TRUSTEE'S FINAL REPORT (TFR)
The Trustee submitted his TFR to the OUST on or about 10/17/24.
*******************
QUARTERLY REVIEW PERIOD THROUGH 6/30/24
The Court approved the Trustee's assignment of the Estate's interest in the 2017 Honda Pilot to Debtor by Court order entered 6/5/24. Claims have been reviewed, and the Trustee will employ an accountant to prepare and file tax returns.
*******************
INTERIM REPORT PERIOD THROUGH 3/31/24
The Trustee is seeking approval from the Court of his agreement to assign the Estate's interest in the 2017 Honda Pilot. The claims bar date has been set, and the Trustee will employ an accountant to prepare and file tax returns when appropriate.
*******************
GENERAL:

FORM 1  
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT  
ASSET CASES

Exhibit 8

Page: 2

This Case commenced as a voluntary Chapter 7 on 9/28/23.

The first 341(a) meeting was held on 10/26/23.

On 10/26/23, the Trustee continued the 341(a) meeting to 11/15/24.

Prior to 11/15/24, the Trustee continued the 341(a) meeting to 1/11/24.

Prior to 1/11/24, the Trustee continued the 341(a) meeting to 2/14/24.

Prior to 2/24/24, the Trustee continued the 341(a) meeting to 3/7/24 meeting to 3/7/24.

Prior to 3/7/24, the Trustee continued the 341(a) meeting to 4/24/24.

Prior to 4/24/24, the Trustee concluded the 341(a) meeting.

** ORDER OF DISCHARGE  
Entered: 1/2/24

** Request for court costs Filed by Trustee Peter J Mastan (TR).  
Filed: 08/15/24)

** Request for court costs Filed by Trustee Peter J Mastan (TR).  
Filed: 10/10/24)

** Notice to Pay Court Costs Due Sent To: Peter J. Mastan, Total Amount Due $0.  
Filed: 10/15/24

** Chapter 7 Trustee's Final Report, Application for Compensation and Application(s) for Compensation of Professionals filed on behalf of Trustee Peter J. Mastan. The United States Trustee has reviewed the Chapter 7 Trustee's Final Report. Filed by United States Trustee.  
Filed: 12/2/24

** Notice of Trustee's Final Report and Applications for Compensation (BNC-PDF) Filed by United States Trustee  
Filed: 12/2/24

** Order of Distribution for Peter J Mastan (TR), Trustee Chapter 7, Fees awarded: $1442.22, Expenses awarded: $72.72; Awarded on 1/15/2025  
Entered: 1/15/25

PROFESSIONAL:  
The Trustee employed no professionals for this Estate.

CLAIMS:  
Notification of Asset Case was filed on 1/23/24  
Claims Bar Date: 4/29/24  
Gov't Claims Bar Date: 3/26/24

Claims reviewed.

TAXES:  
Tax returns not required for this Estate per D. Fife on 8/14/24.

ADMIN. STATUS:  
The Trustee assigned the Estate's interest in the 2017 Honda Pilot to Debtor.

** Order granting motion to approve assignment agreement between the trustee and debtor for the trustee's conveyance of the estate's interest in 2017 Honda Pilot.

|  |  |
|---|---|
| **FORM 1** | Exhibit 8 |
| **INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT** | |
| **ASSET CASES** | Page: 3 |

Entered: 6/5/24

The Trustee abandoned the real property.

** Order authorizing trustee's abandonment of certain real property.
Entered 3/19/24

All other assets will be abandoned at case closing.

INSURANCE:
All assets that required insurance were either assigned to the Debtor or abandoned by Court order.

PENDING LITIGATION
None.

**Initial Projected Date of Final Report (TFR):** September 28, 2025     **Current Projected Date of Final Report (TFR):** October 17, 2024 (Actual)

    March 28, 2025         /s/ Peter J Mastan
        Date         Peter J Mastan

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 1

| Case Number: | 23-16320 DS | | Trustee: | Peter J Mastan |
| --- | --- | --- | --- | --- |
| Case Name: | Michael Zeledon | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******2310 - General Checking |
| Taxpayer ID#: | **-***6300 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/28/25 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/18/24 | Asset #2 | Michael Zeledon | Assignment price for 2017 Honda Pilot. Subject to Court approval. | 1129-000 | 8,000.00 | | 8,000.00 |
| 06/28/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.00 | 7,987.00 |
| 07/31/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.98 | 7,974.02 |
| 01/17/25 | 1001 | Peter J Mastan | Dividend of 100.000% , Paid pursuant to Court order entered 1/15/25 | 2100-000 | | 1,442.22 | 6,531.80 |
| 01/17/25 | 1002 | Peter J Mastan | Dividend of 100.000% , Paid pursuant to Court order entered 1/15/25 | 2200-000 | | 72.72 | 6,459.08 |
| 01/17/25 | 1003 | Midland Credit Management, Inc. | Dividend of 100.000%, Claim #1: $5,024.96, Interest: $356.30, Paid pursuant to Court order entered 1/15/25 | | | 5,381.26 | 1,077.82 |
| 01/17/25 | | Midland Credit Management, Inc. | Dividend of 100.000%, Claim #1, $5,024.96, Paid pursuant to Court order entered 1/15/25    5,024.96 | 7100-000 | | | 1,077.82 |
| 01/17/25 | | Midland Credit Management, Inc. | Dividend of 100.000%, Claim #1-I, $356.30, Paid pursuant to Court order entered 1/15/25    356.30 | 7990-000 | | | 1,077.82 |

**Form 2**

**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 2

| Case Number: | 23-16320 DS | Trustee: | Peter J Mastan |
|---|---|---|---|
| Case Name: | Michael Zeledon | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******2310 - General Checking |
| Taxpayer ID#: | **-***6300 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/28/25 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/17/25 | 1004 | Michael Zeledon | Surplus to Debtor, Paid pursuant to Court order entered 1/15/25 | 8200-002 | | 1,077.82 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | | 8,000.00 | 8,000.00 | $0.00 |
| | Less: Bank Transfers | | 0.00 | 0.00 | |
| | **Subtotal** | | 8,000.00 | 8,000.00 | |
| | Less: Payment to Debtors | | | 1,077.82 | |
| | **NET Receipts / Disbursements** | | **$8,000.00** | **$6,922.18** | |

| | | | | |
|---|---|---|---|---|
| Net Receipts: | $8,000.00 |
| Less Payments to Debtor: | 1,077.82 |
| Net Estate: | $6,922.18 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2310** | 8,000.00 | 6,922.18 | 0.00 |
| | $8,000.00 | $6,922.18 | $0.00 |